Banoro GARRETT, Plaintiff–Appellant,

v.

Lieutenant R.H. WEILER; Sergeant R.D. Lewis; Robert J. McCabe; Lieutenant Bonilla; M/Deputy A. Mears; Janel Cummings, Defendants–Appellees,

and

The Norfolk Police Department; The Norfolk Sheriff's Office; The City of Norfolk; Officer D.A. Pacifico; Officer H.G. White; Sergeant G. Snyder; Deputy Taylor; L. Willis; P. Bell; J. Kidd; Darrell Hill, Defendants.

No. 14–1364.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 28, 2014.

Banoro Garrett, Appellant Pro Se. Melvin Wayne Ringer, City Attorney's Office, Norfolk, Virginia; Lisa H. Leiner, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia; Ruth Griggs, Joel Mark McCray, Sands Anderson, PC, Richmond, Virginia, for Appellees.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Banoro Garrett appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Garrett v. Weiler*, No. 2:12–cv–00295–RAJ–LRL (E.D. Va. filed Mar. 25 & entered Mar. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*